IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00723-RPM

DARCY HODGE,

        Plaintiff,

v.

SUNRISE MEDICAL HHG, INC.,

        Defendant.

_____

ORDER FOR STAY
_____

Pursuant to the Joint Stipulation to Stay Pending Arbitration (Doc. #3), filed on April 30, 2007, it is

ORDERED that this action is stayed pending the conclusion of arbitration proceedings between the parties.

DATED: May 1st, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge