IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00723-RPM-BNB

DARCY HODGE,

       Plaintiff,

v.

SUNRISE MEDICAL HHG, INC.,

       Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

       THIS MATTER COMING ON upon plaintiff's motion without opposition for immediate dismissal of the case with prejudice in that a comprehensive settlement was reached, each side to pay its own attorneys' and costs, and

       SAID MOTION being found meritorious,

       IT IS ORDERED that the case is dismissed with prejudice, each side to pay its own attorneys' fees and costs.

       SO ORDERED this 23rd day of November, 2007.

                                            s/Richard P. Matsch
                                            _____
                                            UNITED STATES DISTRICT JUDGE